ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2012 FEB 15 PM 2:06

CLERK OF COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § | NO. |
| MICHELE L. O'NEAL | § § | 4-12CR-029 Y |

### INDICTMENT

The Grand Jury charges:

#### Count One
#### Sexual Abuse of a Ward
(Violation of 18 U.S.C. §§ 2243(b) and 2246(2)(A))

On or about May 28, 2011, in the Fort Worth Division of the Northern District of Texas, within the boundaries of the Federal Correctional Institution in Fort Worth, Texas, the defendant, **Michele L. O'Neal**, did knowingly engage in a sexual act with D.E., who was at that time in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, in that the defendant was a correctional officer with authority over D.E.

Indictment - Page 1

In violation of 18 U.S.C. §§ 2243(b) and 2246(2)(A).

A TRUE BILL

*[signature]*
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*[signature]*

MATTHEW J. GULDE
Assistant United States Attorney
State Bar of Illinois No. 6272325
801 Cherry Street, Unit #4
Burnett Plaza, Suite 1700
Fort Worth, TX 76102-6897
Telephone: 817.252.5200
Facsimile: 817.978.3094

Indictment - Page 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

THE UNITED STATES OF AMERICA

VS.

MICHELE L. O'NEAL (1)

---

INDICTMENT

18 U.S.C. § 2243(b) and 2246 (2)(A)
Sexual Abuse of a Ward

---

A true bill rendered:

FORT WORTH                                                           FOREPERSON

Filed in open court this 15th day of February, 2012.

---

Warrant to Issue

UNITED STATES MAGISTRATE JUDGE