IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | Case No. 4:12-CR-029-Y |
| | § | |
| MICHELE O'NEAL | § | |

## DEFENDANT'S MOTION TO WITHDRAW MOTION TO SUPPRESS

COMES NOW Defendant, Michelle O'Neal, and brings this motion to withdraw Defendant's motion to suppress and in support thereof shows:

Defendant has agreed to enter into a plea of guilty, thus, Defendant's motion to suppress no longer needs to be heard.

Therefore, Defendant moves this court to withdraw Defendant's motion to suppress.

Respectfully submitted,

LAW OFFICE OF ALEX R. TANDY, P.C.

*/s/ Alex Tandy*

Alex R. Tandy
State Bar No. 19635000
777 Lonesome Dove Trail, Suite A
Hurst, Texas 76054
Telephone:  (817) 281-1600
Facsimile:  (817) 485-7588
E-Mail:  contact@alextandy.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF CONFERENCE

A conference was held on April 10, 2012, with Matt Gulde, Assistant United States Attorney, on the substance of this motion and he had no objection to our motion.

_____
ALEX R. TANDY

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2012, I electronically filed the above and foregoing document with the Clerk of Court for the United States District, Northern District of Texas, Fort Worth Division, using the electronic case filing system of the Court.

_____
ALEX R. TANDY