ORIGINAL

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 19 2012
CLERK, U.S. DISTRICT COURT
By _____
         Deputy
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:12-CR-029-Y |
| | § | |
| MICHELE L. O'NEAL | § | |

### FACTUAL RESUME

INDICTMENT:

    Count One:   Sexual Abuse of a Ward, in violation of 18 U.S.C. 2243(b), 2246(2)(A)

PLEA:

    Count One:   Sexual Abuse of a Ward, in violation of 18 U.S.C. 2243(b), 2246(2)(A)

PENALTIES:

The penalties the Court can impose include:

a.    imprisonment for a period not more than fifteen (15) years;

b.    a fine not to exceed $250,000;

c.    a term of supervised release of not more than three years, which may be mandatory under the law and will follow any term of imprisonment. If the defendant violates the conditions of supervised release, she could be imprisoned for the entire term of supervised release;

d.    a mandatory special assessment of $100; and

e.    Restitution to victims or to the community, which may be mandatory under the law, and which the defendant agrees may include restitution arising

**Factual Resume - Page 1**

from all relevant conduct, not limited to that arising from the offense of conviction alone; costs of incarceration and supervision.

ESSENTIAL ELEMENTS OF THE OFFENSE:

To establish the offense alleged in Count One of the Indictment, the government must prove the following elements beyond a reasonable doubt:

*First*: The defendant knowingly engaged in a sexual act with D.E.;

*Second*: At the time, D.E. was in official detention at Federal Correctional Institution, Fort Worth, Texas;

*Third*: At the time D.E. was under the custodial, supervisory or disciplinary authority of the defendant;

*Fourth*: The offense was committed at Federal Correctional Institution, Fort Worth, Texas.

STIPULATED FACTS:

The defendant, Michele L. O'Neal was employed by the United States Bureau of Prisons as a Correctional Officer, working at the Federal Correctional Institution in Fort Worth, Texas ("FCI Fort Worth") in the Northern District of Texas. At all times relevant to the Indictment, D.E. was an inmate in official detention at FCI Fort Worth, and was under the defendant's custodial, supervisory, and disciplinary authority.

On or around May 28, 2011, the defendant knowingly and voluntarily engaged in a sexual act, as that term is defined at 18 U.S.C. § 2246(2)(A), with inmate D.E. Defendant and D.E. engaged in such act in the basement of the No. 4 building on the grounds of FCI Fort Worth, after the defendant used her keys to gain access to this locked area.

SIGNED on this 13 day of ~~February~~ April, 2012.

_____        _____
MICHELE L. O'NEAL                ALEX TANDY
Defendant                        Attorney for Defendant

    I have been advised, and understand, that under the Sex Offender Registration and Notification Act, a federal law, I may have to register and keep the registration current in each of the following jurisdictions: where I reside; where I am an employee; and where I am a student. I understand that the requirements for registration may include providing my name, my residence address, and the names and addresses of any places where I am or will be an employee or a student, among other information. I further understand that the requirement to keep the registration current may include informing at least one jurisdiction in which I reside, am an employee, or am a student not later than three business days after any change of my name, residence, employment, or student status. I have been advised, and understand, that failure to comply with these obligations may subject me to prosecution for failure to register under federal law, 18 U.S.C. Section 2250, which is punishable by a fine or imprisonment or both.

AGREED AND STIPULATED on this 13 day of ~~February~~ April, 2012.

_____        _____
MICHELE L. O'NEAL                ALEX TANDY
Defendant                        Counsel for Defendant

Factual Resume - Page 3