IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:12-CR-029-Y |
| | § | |
| MICHELE L. O'NEAL (01) | § | |

GOVERNMENT'S NOTICE REGARDING
ACCEPTANCE OF RESPONSIBILITY

The United States of America files this Government's Motion Regarding Acceptance of Responsibility, pursuant to USSG § 3E1.1(b), and would show as follows:

If the Court determines that the Defendant is entitled to a reduction for Acceptance of Responsibility, and that her offense level is 16 or greater, the Government moves that the Defendant receive an additional third point reduction for Acceptance of Responsibility, pursuant to USSG § 3E1.1(b), because the Defendant has assisted authorities in the investigation or prosecution of her own misconduct by timely notifying authorities of her intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently.

**Acceptance of Responsibility - Page 1**

       Respectfully Submitted,

       SARAH R. SALDAÑA
       UNITED STATES ATTORNEY


       /s/ Matthew J. Gulde
       MATTHEW J. GULDE
       Assistant United States Attorney
       Illinois State Bar No. 6272325
       Burnett Plaza, Suite 1700
       801 Cherry Street, Unit #4
       Fort Worth, Texas  76102-6882
       Telephone:  817.252.5200
       Facsimile:  817.252.5455


## CERTIFICATE OF SERVICE

     I hereby certify that on April 19, 2012, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means: Alex R. Tandy.

       /s/ Matthew J. Gulde
       MATTHEW J. GULDE
       Assistant United States Attorney

## CERTIFICATE OF CONFERENCE

The attorney, Alex R. Tandy, for the defendant has previously informed the undersigned AUSA that he does not oppose the 3rd point acceptance motions on any of his clients.

       /s/ Matthew J. Gulde
       MATTHEW J. GULDE
       Assistant United States Attorney