IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | Case No. 4:12-CR-029-Y |
| | § | |
| MICHELE O'NEAL | § | |

### NOTICE OF CORRECTION OF SIGNATURE OMISSION

On September 26, 2012, I submitted a document by electronic means that was entered on the docket as document number 28, titled *Motion for Downward Departure and Request for Sealing of Motion and Sentencing Hearing*; and document number 29 titled *Brief on Motion for Downward Departure and Request for Sealing of Motion and Sentencing Hearing (Request for Sealing)*.

I did not place on the document, as required by LR 11.1(b) or LCrR 49.5(b), an "s/" and my typed name, or my graphical signature, in the space where my signature would have appeared had the document been submitted on paper. My signature, below, represents my correction of this omission in accordance with Fed. R. Civ. P. 11(a).

Date:  September 27, 2012

Respectfully submitted,

*/s/ Alex Tandy*

Alex R. Tandy, Esquire
State Bar No. 19635000
Law Office of Alex R. Tandy, P.C.
Suite A
777 Lonesome Dove Trail
Hurst, Texas 76054
Telephone:  (817) 281-1600
Facsimile:  (817) 485-7588
E-Mail:  contact@alextandy.com

ATTORNEY FOR DEFENDANT