UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MINUTE ORDER

| | |
|---|---|
| Hearing: | Sentencing - **NON-EVIDENTIARY** |
| Case number: | 4:12-CR-029-Y (01) |
| Defendant: | MICHELE L O'NEAL |
| Court Reporter: | Ana Warren |
| Interpreter: | N/A |
| US attorney: | Matthew Gulde |
| Defense attorney: | Alex R. Tandy, attorney for the defendant |
| Time in Court: | <u>16 minutes</u> |
| Judge: | Judge Terry R. Means |
| Date of hearing: | October 15, 2012 |
| Status: | Guilty plea accepted as to count one of the one-count indictment |
| | Custody of Federal Bureau of Prison: 5 months. |
| | No Fine |
| | No Restitution |
| | Supervised release: two years. |
| | MSA: $100 due immediately |
| | The defendant shall surrender for service at the institution designated by the BOP before 2:00 p.m. on November 12, 2012. |
| Days in Court: | One |
| Hearing concluded: | Yes |
| Deputy Clerk: | Charlotte White |
| US probation officer: | Toni Thompson |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 15 2012
CLERK U.S. DISTRICT COURT
By _____
Deputy